# United States District Court

**DISTRICT of ARIZONA**

United States of America
v.
Maria Rosalba Mogollon-Hernandez
DOB: XX/XX/1949; Citizen of Columbia;
A#: 056 154 022

DOCKET NO.

MAGISTRATE'S CASE NO.
**12-01217M**

Complaint for violation of Title 8 United States Code § 1326(b)(2); 1325

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
|  | UNITED STATES MAGISTRATE JUDGE | TUCSON, ARIZONA |

| DATE OF OFFENSE ON OR ABOUT | PLACE OF OFFENSE AT OR NEAR | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| December 17, 2012 | Lukeville | Columbia, Columbia |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** On or about December 17, 2012 at or near Lukeville, in the District of Arizona, Maria Rosalba Mogollon-Hernandez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through New York, New York on December 14, 2007 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code § 1326, enhanced by Title 8, United States Code § 1326(b)(2).

**Count 2:** On or about December 17, 2012, at or near Lukeville, Arizona, Maria Rosalba Mogollon-Hernandez, an alien, did unlawfully enter the United States of America from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code § 1325.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Maria Rosalba Mogollon-Hernandez is a citizen of Columbia. On December 14, 2007, Maria Rosalba Mogollon-Hernandez was lawfully denied admission, excluded, deported, and removed from the United States through New York, New York. On December 17, 2012, agents found Maria Rosalba Mogollon-Hernandez in the United States at or near Lukeville, Arizona without the proper immigration documents. Maria Rosalba Mogollon-Hernandez did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

Furthermore, Maria Rosalba Mogollon-Hernandez admitted to entering the United States of America from the Republic of Mexico illegally, without being inspected by immigration officers, on or about December 17, 2012, at or near Lukeville, Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**DETENTION REQUESTED**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Authorized by AUSA Liza Granoff

Sworn to before me and subscribed in my presence.

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
U.S. Border Patrol Agent

SIGNATURE OF MAGISTRATE JUDGE

DATE
December 18, 2012

See Federal rules of Criminal Procedure Rules 3 and 54